# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>AGS CONSTRUCTION, LLC.,<br><br>Debtor. | Bankruptcy Case No. 24-10663 KHT<br>Chapter 7 |
| JEFFREY A. WEINMAN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>BELVEDERE TOWER CONDOMINIUM ASSOCIATION, INC.,<br><br>Defendant. | Adv. Pro. No. 25-1066 KHT |

## ORDER TO SHOW CAUSE TO PLAINTIFF

THIS MATTER comes before the Court *sua sponte*. On February 14, 2025, Jeffrey Weinman, Chapter 7 Trustee (the "Plaintiff"), filed a complaint with the Court. On June 18, 2025, the Plaintiff filed a "Motion for Clerk's Entry of Default Against Defendant Belvedere Tower Condominium Association, Inc." (Docket #12). The Clerk of the Court entered the default of the Defendant on June 20, 2025 (Docket #13). Since that time, however, the Plaintiff has taken no action to prosecute this case, such as filing a motion for entry of default judgment against the Defendant as required by Fed. R. Bankr. P. 7055(b) and L.B.R. 7055-1(b). It is therefore

ORDERED that on or before **September 12, 2025,** the Plaintiff shall take appropriate action to prosecute this case or shall file a response showing cause in writing why this adversary proceeding should not be dismissed, failing which the Court may enter an order dismissing this matter.

DATED this 29th day of August, 2025.

BY THE COURT:

*Kimberley H. Tyson*

Kimberley H. Tyson
United States Bankruptcy Judge